IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 5:96-748-MBS |
| | ) | |
| v. | ) | |
| | ) | |
| Eric Lee Felder, | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on Defendant Eric Lee Felder's motions to correct sentence under 28 U.S.C. § 2255, which motions were filed on March 28, 2016 and June 22, 2016. Defendant argues that in light of the Supreme Court's holdings in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), and <u>Welch v. United States</u>, 163 S. Ct. 1257 (2016), he no longer qualifies as an armed career offender and his sentence should be vacated. On May 26, 2016, the government filed a response in which it took no position regarding Defendant's <u>Johnson</u> claims.

    The court **grants** Defendant's motions for relief under 28 U.S.C. § 2255. ECF Nos. 55, 63. The judgment order in the within action entered June 4, 1997, is **vacated**, and this matter will be set for resentencing. A notice of hearing will be issued separately.

    **IT IS SO ORDERED**.

                                           /s/ Margaret B. Seymour
                                           Senior United States District Judge

Columbia, South Carolina

June 29, 2016